IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEREMY WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3195 |
| | ) | |
| V. | ) | |
| | ) | |
| ENHANCED RECOVERY COMPANY, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' stipulation to dismiss pursuant to settlement (filing 11). The stipulation is approved as follows:

IT IS ORDERED:

1. This case is dismissed without prejudice, with each party to pay its own attorneys' fees and costs;

2. Plaintiff is give leave to seek reinstatement of this case within forty-five (45) days from the date of entry of this order;

3. Judgment in this case shall be withheld for a period of fifty (50) days from the date of entry of this order. If, by the expiration of this period, Plaintiff has not filed a motion for reinstatement as provided in this order, the court, without further notice to the parties, will enter judgment dismissing this case with prejudice.

January 10, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge