IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEREMY WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3195 |
| | ) | |
| v. | ) | |
| | ) | |
| ENHANCED RECOVERY COMPANY, LLC, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation to dismiss pursuant to settlement (filing 11) and the terms of the court's previous memorandum and order (filing 12), this case is dismissed with prejudice, with each party to pay its own attorneys' fees and costs.

DATED this 2nd day of March, 2011.

BY THE COURT:
*Richard G. Kopf*
United States District Judge